UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAENZ,<br><br>             Plaintiff,<br><br>   v.<br><br>R. ROQUE, *et al.*,<br><br>             Defendants. | Case No. 1:24-cv-01440-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS CASE PROCEED ONLY ON PLAINTIFF'S FOURTEENTH AMENDMENT DUE PROCESS CLAIMS AGAINST DEFENDANT R. ROQUE AND DEFENDANT GONZALEZ<br><br>(Doc. 12) |

Plaintiff Robert Saenz proceeds *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.  Doc. 1.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 2, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's Fourteenth Amendment due process claims as to defendants Roque and Gonzalez proceed past screening and that all other claims be dismissed for failure to state a claim.  Doc. 12.  The findings and recommendations contained notice that any objections thereto were to be filed within thirty days after service.  *Id.* at 2.  On June 9, 2025, plaintiff filed a notice indicating that he does not object to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly:

1. The findings and recommendations issued on June 2, 2025, Doc. 12, are adopted in full;
2. Plaintiff's Fourteenth Amendment due process claims against defendants Roque and Gonzalez shall proceed past screening;
3. All other claims are dismissed for failure to state a claim; and
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this Order.

IT IS SO ORDERED.

Dated: June 11, 2025

_____
UNITED STATES DISTRICT JUDGE